# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Bernard Leander Moore,<br><br>    Defendant. | Case No. 22-CR-00023 (1) (JMB/DTS)<br><br>**ORDER** |

This matter came before the Court on Defendant Bernard Leander Moore's Motion to Appoint Counsel ("Motion"). (Doc. No. 92.) In the Motion, Moore seeks appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(1), (a)(2) to assist him in seeking a sentence reduction under 18 U.S.C. § 3582(c). (*See id.*) The Court has determined that Moore is financially unable to employ counsel and finds that it is in the interests of justice to assign counsel.

Therefore, IT IS HEREBY ORDERED that Robert Meyers, Daniel Huddleston, and Ambroise Decilap of the Office of the Federal Defender's Office for the District of Minnesota are appointed under 18 U.S.C. § 3006A.

Dated: September 16, 2024

        /s/ *Jeffrey M. Bryan*
        Judge Jeffrey M. Bryan
        United States District Court